UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 19-1076 MWF (JEMx)**                                              Date: March 27, 2019

Title   **Harith Iskander v. Laugh Factory, Inc., et al.**

Present: The Honorable:   **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER VACATING SCHEDULING CONFERENCE AND ORDER TO SHOW CAUSE**

On February 22, 2019, the Court issued an Order Setting Scheduling Conference ("Order").  (Docket No. 9).  Pursuant that Order, the parties were to meet and confer, and file a Joint Rule 26(f) Report no later than March 18, 2019.  The Order directed the parties to complete the Schedule of Pretrial and Trial Dates worksheet form (attached to the Order as Exhibit A) to their Joint Rule 26(f) Report.

On March 18, 2019, the parties filed a Joint Rule 26(f) Report ("Report").  (Docket No. 12).  The Report did not include the completed Schedule of Pretrial and Trial Dates ("Schedule") worksheet, nor did the parties propose any dates in their Report.

On March 22, 2019, the Court ordered the parties to complete and lodge a Schedule with agreed-upon dates by 5:00 p.m. on March 26, 2019.  The Schedule was not lodged.

Therefore, the Court (1) **VACATES** the Scheduling Conference on April 1, 2019, no appearances are required; and (2) **ORDERS** the parties to file a Joint Status Report no later than **April 5, 2019** setting forth their reasons for failing to comply with both the Order Setting Scheduling Conference and the Court's March

22, 2019 Order directing the parties to lodge the required Schedule.  In addition, the parties are **ORDERED** to attach to their Joint Status Report a completed Schedule with agreed-upon dates.

The Court will review the Joint Status Report and set pretrial and trial dates, or order the parties to appear for a Scheduling Conference.  Failure to comply with this Order to Show Cause will result in dismissal of this action, or the striking of Defendants' Answers, whichever the Court deems appropriate.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  This Order to Show Cause will stand submitted upon the filing of the response.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm