Clifton W. Albright (SBN 100020)
Johnny Darnell Griggs (SBN 110640)
**ALBRIGHT, YEE & SCHMIT, APC**
707 Wilshire Blvd., Suite 3600
Los Angeles, California 90017
Tel: (213) 833-1700 / Fax: (213) 833-1710
Email:  clifton.albright@ayslaw.com;
        johnny.griggs@ayslaw.com

Attorneys for Defendants
**LAUGH FACTORY, INC. and JAMIE MASADA**

JS-6

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARITH ISKANDER, an individual,<br><br>   Plaintiff,<br><br>   v.<br><br>LAUGH FACTORY, INC., a California corporation; JAMIE MASADA, an individual; and DOES 1 through 50, inclusive,<br><br>   Defendants. | Case No.: 2:19-cv-01076-MWF-JEM<br><br>(*Assigned to Hon. Michael W. Fitzgerald; Courtroom 5A*)<br><br>[~~PROPOSED~~] **ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE** |
| LAUGH FACTORY, INC. and JAMIE MASADA,<br><br>   Counter-Claimants,<br><br>   v.<br><br>HARITH ISKANDER, and DOES 1 through 10,<br><br>   Counter-Defendants. | |

Albright Yee
& Schmit
APC

1
**ORDER TO DISMISS THE ENTIRE ACTION WITH PREJUDICE**

## **ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

**Dated:** __March 20__, **2020**

_____
**HONORABLE MICHAEL W. FITZGERALD**
U.S. DISTRICT JUDGE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT CALIFORNIA

Albright Yee
& Schmit
APC